UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-80201-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**CARMEN MARIA REYES-CARRASQUILLO**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart Following Change of Plea Hearing [ECF No. 34]. On February 22, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 32] during which Defendant pled guilty to Counts 1 and 8 of the Indictment pursuant to a written plea agreement and factual proffer statement [ECF No. 33]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1 and 8 of the Indictment, that the Court find Defendant to have freely and voluntarily entered her guilty plea, and that the Court adjudicate her guilty of Counts 1 and 8 [ECF No. 34]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 34] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Carmen Maria Reyes-Carrasquillo** as to Counts 1 and 8 of the Indictment is **ACCEPTED**.

CASE NO. 22-80201-CR-CANNON

3. Defendant **Carmen Maria Reyes-Carrasquillo** is adjudicated guilty of Counts 1 and 8 of the Indictment. Count 1 charges her with conspiracy to distribute and to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 846, and 841(b)(1)(A)(ii)(II). Count 8 charges her with possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii)(II) and 18 U.S.C. § 2 [ECF No. 10].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 13th day of March 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record